UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICK BARNICLE, on Behalf of Himself and Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>MELLANOX TECHNOLOGIES, LTD, EYAL WALDMAN, MICHAEL GRAY and JACOB SHULMAN,<br><br>    Defendants. | No. 1:13-cv-00925-AKH<br><br>**CLASS ACTION**<br><br>**MOVANT KBC ASSET MANAGEMENT NV'S NON-OPPOSITION RESPONSE TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF** |
| DAVID R. RYAN, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>MELLANOX TECHNOLOGIES, LTD, EYAL WALDMAN, MICHAEL GRAY and JACOB SHULMAN,<br><br>    Defendants. | No. 1:13-cv-01047-AKH |
| VALENTIN PETROV, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>MELLANOX TECHNOLOGIES, LTD, EYAL WALDMAN, MICHAEL GRAY and JACOB SHULMAN,<br><br>    Defendants. | No. 1:13-cv-01225-AKH |

On April 8, 2013, KBC Asset Management NV ("KBC") moved for consolidation of all related actions, appointment as lead plaintiff, and approval of its selection of lead counsel in the above-captioned securities fraud class actions against Mellanox Technologies, Ltd. ("Mellanox") and certain of Mellanox's officers and directors. Three other movants: Eisenberg O. Management & Consulting Ltd. ("Eisenberg"); the Mellanox Institutional Investor Group; and Shailesh C. Kadakia ("Kadakia"), also filed a motion for lead plaintiff on that day in this District. *See* Competing Movants' Financial Interest Summary, attached as Exhibit 8 to the Declaration of David A. Rosenfeld in Support of Movant KBC Asset Management NV's Non-Opposition Response to Competing Motions for Appointment as Lead Plaintiff ("Rosenfeld Response Decl."), submitted concurrently herewith.

Pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), district courts are to adopt a presumption that the applicant with the largest financial interest in the relief sought by the class that also satisfies the requirements of Federal Rule of Civil Procedure Rule 23 is the "most adequate plaintiff." 15 U.S.C. § 78u-4(a)(3)(B)(iii). KBC suffered losses of $2.7 million from Mellanox common stock transactions on a U.S. exchange during the Class Period, and is otherwise adequate to serve as lead plaintiff. *See* Dkt. No. 25 at 1-2, 7-8.[1] KBC is a sophisticated institutional investor based in Belgium that has prior experience serving as a lead plaintiff. *See id.*

Here, while KBC is the exact type of large institutional investor contemplated by the PSLRA and satisfies the Rule 23 requirements at this stage, KBC does not appear to have the largest financial interest in the relief sought by the class. *See* Rosenfeld Response Decl., Ex. 8. Should the Court find, however, that Eisenberg or the Mellanox Institutional Investor Group are

---

[1] References to "Dkt. No. __" are to filings in *Barnicle v. Mellanox Technologies, Ltd., et al.*, No. 1:13-cv-00925-AKH (S.D.N.Y.).

unwilling or unable to satisfy any of the PSLRA's requirements for appointment as lead plaintiff, KBC stands ready, willing, and able to fulfill that role on behalf of the class.

DATED: April 25, 2013

*Respectfully submitted,*

**ROBBINS GELLER RUDMAN & DOWD LLP**

*s/ David A. Rosenfeld*
David A. Rosenfeld

David A. Rosenfeld
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

*Liaison Counsel for Plaintiff and
[Proposed] Liaison Counsel for the Class*

**MOTLEY RICE LLC**
Joseph F. Rice
James M. Hughes
William S. Norton
David P. Abel
28 Bridgeside Blvd.
Mt. Pleasant, SC  29464
Telephone:  843/216-9000
843/216-9450 (fax)

Donald A. Migliori
321 S. Main St., 2nd Floor
Providence, RI  02903
Telephone:  401/457-7700
401/457-7708 (fax)

*Counsel for Plaintiff and [Proposed] Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on April 25, 2013.

*s/ David A. Rosenfeld*
David A. Rosenfeld

ROBBINS GELLER RUDMAN
      & DOWD LLP
58 South Service Road
Suite 200
Melville, NY  11747
Telephone: 631/367-7100
631/367-1173 (fax)
E-mail: drosenfeld@rgrdlaw.com

# Mailing Information for a Case 1:13-cv-00925-AKH

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Stephen Douglas Bunch**
  dbunch@cohenmilstein.com,efilings@cohenmilstein.com

- **Marshall Pierce Dees**
  mdees@holzerlaw.com

- **Michael Ira Fistel , Jr**
  mfistel@holzerlaw.com,cyoung@holzerlaw.com,cmoore@holzerlaw.com

- **Patrick E. Gibbs**
  patrick.gibbs@lw.com,rachel.feld@lw.com,jessica.bengels@lw.com,brendan.hickey@lw.com,jason.grossman@lw.com

- **Richard William Gonnello**
  rgonnello@faruqilaw.com,ttang@faruqilaw.com,sbentsianov@faruqilaw.com,msullivan@faruqilaw.com,ecf@faruqilaw.com,fmcconville@faruqilaw.com

- **Jeremy Alan Lieberman**
  jalieberman@pomlaw.com,lpvega@pomlaw.com

- **Adam Regoli**
  adam.regoli@lw.com,svdocket@lw.com,jennifer.duckworth@lw.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,mblasy@rgrdlaw.com

- **Joseph R. Seidman**
  seidman@bernlieb.com

- **Curtis Victor Trinko**
  ctrinko@gmail.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Mellanox Institutional Investor Group
,
```